No. 51. ANNA GERTZ IN HER OWN BEHALF AND AS EXECUTRIX OF THE WILL OF CHRISTIAN GERTZ, DECEASED, v. J. ALFRED MAGOON, IN HIS PERSONAL CAPACITY AND AS TRUSTEE FOR C. H. BANNING AND B. R. BANNING, JOHN BUCKLEY AND MARIA J. FORBES. Motion filed November 25, 1903, for an order to strike from the files a decision by Circuit Judge Gear dated June 27, 1901, a decree by said judge dated June 27, 1901, "a judgment or ruling" by said judge dated December 10, 1902, and a decision of this court, dated March 6, 1903, rendered on appeal from the above mentioned decision, decree and judgment of the Circuit Judge, and further to have transferred to the Chief Justice of this court as Chancellor the original and the amended bills filed respectively on April 6, 1901, and on August 25, 1902, and all other papers in the cause, the motion being based on the ground that the Circuit Judge had no jurisdiction in the matter and that the Chief Justice of this court, as Chancellor, has such jurisdiction. Submitted December 4, 1903. Decided December 18, 1903. *Per Curiam.* Motion denied.

third and on the tenth days of June, 1903, from a ruling of the Chief Justice of this court refusing to issue a writ of mandamus directing the respondents to restore possession of certain land alleged to have been illegally sold under certain foreclosure proceedings claimed to have been invalid and to pay damages for waste alleged to have been committed on said land. Submitted December 4, 1903. Decided December 18, 1903. Circuit Judge DeBolt sat in place of Chief Justice Frear, disqualified. *Per Curiam.* No appeal lies from the ruling of the Chief Justice. Moreover, the ruling appealed from was correct. Upon the facts stated in the petition, relief by mandamus could not be granted. The appeals are dismissed.